**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

NEWPORT NEWS SHIPBUILDING AND
DRY DOCK COMPANY,
<u>Petitioner,</u>

v.

DIRECTOR, OFFICE OF WORKERS'
COMPENSATION PROGRAMS, UNITED
STATES DEPARTMENT OF LABOR;
RANALD ARNTZ,
<u>Respondents.</u>

No. 96-2469

On Petition for Review of an Order
of the Benefits Review Board.
(94-2839)

Argued: June 5, 1997

Decided: August 15, 1997

Before WILKINS and MICHAEL, Circuit Judges, and
PHILLIPS, Senior Circuit Judge.

_____

Reversed by unpublished per curiam opinion.

_____

**COUNSEL**

**ARGUED:** Lawrence Philip Postol, SEYFARTH, SHAW, FAIR-
WEATHER & GERALDSON, Washington, D.C., for Petitioner.
Kevin William Grierson, JONES, BLECHMAN, WOLTZ & KELLY,
P.C., Newport News, Virginia, for Respondents. **ON BRIEF:** Richard

B. Donaldson, Jr., JONES, BLECHMAN, WOLTZ & KELLY, P.C., Newport News, Virginia, for Respondent Arntz.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Newport News Shipbuilding and Dry Dock Company appeals an order of the Benefits Review Board affirming without opinion a decision and order of an administrative law judge (ALJ) awarding benefits to Ranald Arntz under the Longshore and Harbor Workers' Compensation Act. After reviewing extensive and uncontradicted medical evidence indicating no physical cause for Arntz's complaints of pain in his neck and head, the ALJ nevertheless awarded disability benefits. The ALJ based the award upon the testimony of a single physician whose conclusory opinion that Arntz was disabled contradicted the results of numerous diagnostic tests.

After reviewing the record and the parties' briefs, and having had the benefit of oral argument, we conclude that the award of benefits is not supported by substantial evidence. See See v. Washington Metro. Area Transit Auth., 36 F.3d 375, 380 (4th Cir. 1994). Accordingly, we reverse the award of benefits.

REVERSED

2